1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   A.L., by and through his Guardian ad          Case No. 1:23-cv-00885-JLT-CDB
     Litem, JENAE LEWIS,
12                                                  **ORDER DIRECTING PLAINTIFF TO**
                        Plaintiff,                  **FILE MOTION TO APPOINT GUARDIAN**
13                                                  **AD LITEM**
          v.
14                                                  TEN-DAY DEADLINE
     CITY OF BAKERSFIELD, et al.,
15                                                  **ORDER VACATING AND RESETTING**
                        Defendants.                 **SCHEDULING CONFERENCE**
16

17

18        Plaintiff initiated this action with the filing of a complaint on June 9, 2023. (Doc. 1). The

19   complaint avers that Plaintiff A.L. is a minor who is proceeding through his "guardian ad litem,"

20   Janae Lewis. (*Id.*)

21        Pursuant to Eastern District of California Local Rule 202, upon commencement of an

22   action on behalf of a minor, the attorney representing the minor shall present (1) appropriate

23   evidence of the appointment of a representative for the minor or incompetent person under state

24   law or (2) a motion for the appointment of a guardian ad litem by the Court, or, (3) a showing

25   satisfactory to the Court that no such appointment is necessary to ensure adequate representation

26   of the minor or incompetent person. L.R. 202 (citing Fed R. Civ. P. 17(c)).  Before proceeding

27   with this action, "[t]he court is under a 'legal obligation' to consider whether an incompetent

28   person is adequately protected."  *Jurgens v. Dubendorf*, No. 2:14-cv-2780-KJM-DAD, 2015 WL

1   6163464, *3 (E.D. Cal. Oct. 19, 2015) (citing *United States v. 30.64 Acres of Land*, 795 F.2d 796,

2   805 (9th Cir. 1986)); *Davis v. Walker*, 745 F.3d 1303, 1310 n.6 (9th Cir. 2014).

3         As of the date of this Order, A.L.'s attorneys have not moved to appoint Janae Lewis as

4   the guardian ad litem for A.L., nor have they submitted any other evidence or showing required

5   under Local Rule 202.

6         Accordingly, it is HEREBY ORDERED, Plaintiff shall file an application seeking

7   appointment of a guardian ad litem within ten days of entry of this order.  The application

8   SHALL comply with Local Rule 202 and Fed. R. Civ. P. 17 and be properly supported with

9   relevant documents and sworn declarations by, for instance, counsel of record regarding the

10  "Disclosure of Attorney's Interest" information required under the Local Rules (*see* Local Rule

11  202(c)) and the proposed guardian ad litem attesting that, among other things, the guardian ad

12  litem has no conflicts of interest with and will represent the best interests of Plaintiff if appointed.

13  In the event Defendants have no objection to the proposed guardian ad litem, Plaintiff should so

14  indicate in any application such that this Court may dispense with the 14-day time for filing an

15  opposition.  *See* Local Rule 230.

16        It is FURTHER ORDERED that the scheduling conference set for August 31, 2023, is

17  VACATED and reset for October 2, 2023, at 10:00 a.m.  The parties are reminded of their

18  obligation to file a joint report at least one week in advance of the scheduling conference

19  responsive to the directions set forth in the Court's scheduling order (*see* Doc. 3).

20        Failure to timely comply with this order may result in the imposition of sanctions under

21  Local Rule 110.

22  IT IS SO ORDERED.

23    Dated:   **August 23, 2023**

24                                                    UNITED STATES MAGISTRATE JUDGE

25

26

27

28