UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.L. a minor, by and through his guardian ad litem, JANAE LEWIS, Individually,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF BAKERSFIELD, et al.,<br><br>Defendants. | Case No. 1:23-cv-00885-CDB<br><br>ORDER ON STIPULATION CONTINUING SCHEDULING CONFERENCE<br><br>(Doc. 18) |

Based on the parties' representations in the pending stipulation to continue the scheduling conference (Doc. 18), the availability of the Court, and for good cause appearing, the Court ORDERS that the Scheduling Conference set for October 2, 2023, be continued to October 6, 2023, at 9:00 a.m. As directed, the parties shall file a joint scheduling report at least one week prior to the conference.

IT IS SO ORDERED.

Dated:  **September 15, 2023**                              _____

UNITED STATES MAGISTRATE JUDGE