UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.L., a minor, by and through his guardian ad litem JANAE LEWIS, <br><br>Plaintiff, <br><br>v. <br><br>CITY OF BAKERSFIELD, et al., <br><br>Defendants. | Case No. 1:23-cv-00885-CDB <br><br>**ORDER ON STIPULATION SUBSTITUTING DOE DEFENDANTS** <br><br>(Doc. 24) |

On November 7, 2023, counsel for Plaintiff and counsel for Defendants filed a stipulation to substitute named parties for the "Doe" defendants pleaded in Plaintiff's complaint. (Docs. 24, 1). Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the following Defendants be substituted:

1. Jacob Heinsohn is substituted as a party to this action in place of the Defendant identified in the Complaint as "DOE 1" and this named Defendant shall replace all references in the complaint to the Doe Defendant;

2. Eric Hearn is substituted as a party to this action in place of the Defendant identified in the Complaint as "DOE 2" and this named Defendant shall replace all references in the complaint to the Doe Defendant;

3. Jamie Orozco is substituted as a party to this action in place of the Defendant identified in the Complaint as "DOE 3" and this named Defendant shall replace all references in the complaint to the Doe Defendant;

4. Stella Chavez is substituted as a party to this action in place of the Defendant identified in the Complaint as "DOE 4" and this named Defendant shall replace all references in the

complaint to the Doe Defendant;

5. Amy Droege is substituted as a party to this action in place of the Defendant identified in the Complaint as "DOE 5" and this named Defendant shall replace all references in the complaint to the Doe Defendant;

6. The Clerk of Court is directed to add the above-named parties as defendants; and

7. The Clerk of Court is directed to update the docket to reflect as counsel of record for the newly-named defendants Heather Sharon Cohen and Michael G. Marderosian.

IT IS SO ORDERED.

Dated:   **November 9, 2023**                     _____

UNITED STATES MAGISTRATE JUDGE