UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALORNIA

| | |
|---|---|
| A.L., a minor, by and through his guardian ad litem, JANAE LEWIS,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF BAKERSFIELD, et al.,<br><br>Defendants. | Case No. 1:23-cv-00885-CDB<br><br>ORDER ON STIPULATION GRANTING PLAINTIFF LEAVE TO AMEND COMPLAINT TO SUBSTITUTE DOE DEFENDANTS<br><br>(Doc. 28) |

Plaintiff initiated this action with the filing of a complaint on June 9, 2023. (Doc. 1). On November 13, 2023, the Court granted Plaintiff's stipulated request to substitute named parties for the "Doe" defendants pleaded in Plaintiff's complaint. (Doc. 27). Specifically, the Court authorized the substitution of Jacob Heinsohn as a named party in place of Defendant "DOE 1"; Eric Hearn in place of Defendant "DOE 2"; Jamie Orozco in place of Defendant "DOE 3"; Stella Chavez in place of Defendant "DOE 4"; and Amy Droege in place of Defendant "DOE 5." *Id*.

Pending before the Court is the parties' stipulated request to permit Plaintiff to file an amended complaint that incorporates the above substitutions. (Doc. 28).

As the stipulation is consistent with Fed. R. Civ. P. 15(a)(2), which directs the Court to "freely give leave" to amend when justice so requires, and the parties' request is timely (*see* Doc. 22 p. 2 [permitting amendments to pleadings until 12/20/2023]), IT IS HEREBY ORDERED:

1. The parties' stipulated request to permit Plaintiff leave to file a first amended complaint is GRANTED;

2. No later than December 15, 2023, Plaintiff SHALL FILE as a stand-alone docket entry the first amended complaint attached to the parties' stipulation (Doc. 28-1); and

3. All Defendants' time to respond to Plaintiff's first amended complaint shall be governed by Fed. R. Civ. P. 15(a)(3).

IT IS SO ORDERED.

Dated:  **December 13, 2023**              _____
                                           UNITED STATES MAGISTRATE JUDGE